IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT MACIEL,<br><br>                Plaintiff,<br><br>v.<br><br>BOARD OF PARDONS et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:15-CV-232-RJS<br><br>District Judge Robert J. Shelby |

    Plaintiff, Robert Maciel, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated April 21, 2017, the Court determined it was deficient. The Court gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

    Plaintiff has not since amended the Complaint. The Court last heard from Plaintiff on September 21, 2015, when he filed his consent-to-collection form.

    **IT IS THEREFORE ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

    DATED this 14th day of July, 2017.

                                            BY THE COURT:

                                            JUDGE ROBERT SHELBY<br>
                                            United States District Court